# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIO QUINTANA CHAIDEZ, | CASE NO. CV 15-4694-AGR |
| Plaintiff, | |
| v. | JUDGMENT |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: June 1, 2016

ALICIA G. ROSENBERG
United States Magistrate Judge